**PRO SE LITIGANT REGISTRATION FOR ELECTRONIC NOTIFICATION (READ ONLY)**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

FILED
AUG 15 2025
NORTHERN DISTRICT OF OHIO CLEVELAND

1:25 CV 01712

This form is used to register for a "read only" account on the Northern District of Ohio Electronic Filing System. Registered pro se applicants will have privileges to view electronic docket sheets and documents. By registering, pro se applicants consent to receiving electronic notice of filings through the system. Notice will be sent by email rather than on paper. The following information is required for registration:

First Name: Raymond      Middle Name: Edward Vincent
Last Name: Sampson       Generation (Sr., Jr., etc.): _____
Address: 300 E. Walnut Ave

City: Painesville        State: OH        Zip Code: 44077
Telephone Number: 440-364-2210        Fax Number: _____
Email Address: raysampson07@gmail.com

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed.R. Civ. P. 5(b) and 77(d) and Fed. R. Crim. P. 49(b)-(d) via the Court's electronic filing system.

_[signature]_                              8-14-25
Signature of Pro Se Applicant              Date

Submit completed Registration Form to:     Sandy Opacich, Clerk
                                           United States District Court
                                           Attention: Electronic Filing System Registration
                                           801 West Superior Avenue
                                           Cleveland, OH 44113-1830

Once your registration is complete, you will receive further instructions via email to complete the process. Procedures for using the system will be available for downloading when you access the system via the Internet. You may contact the Electronic Filing Help Desk in the Clerk's Office at 1-800-355-8498 if you have any questions concerning the registration process or the use of the electronic filing system.

*******************************************************************************************************

The NextGen CM/ECF system also requires users to have an upgraded PACER account in order to view documents in the NextGen CM/ECF system. PACER accounts can be established through the PACER Service Center:

    PACER Service Center
    P.O. Box 780549
    San Antonio, TX 78278
    800-676-6856

For further information on the support services provided by the PACER Service Center, please visit the PACER website at www.pacer.gov

For your information, the Judicial Conference of the United States has established a fee to be collected for access to PACER. All registered individuals will be charged a user fee. Please refer to the PACER Service Center regarding fees

Revised 2/28/2020